TABITHY WARD, as Administratrix of GEORGE W. WARD, Deceased, Respondent, *v.* HATTIE ELIZA PRATT, as Administratrix of CHARLES S. PRATT, Deceased, et al., Appellants.

Reported below, 2 App. Div. 616.

(Argued March 1, 1897; decided March 23, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 11, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

The motion was made upon the ground that no question of law was raised by the appeal.

Also, motion to prefer the appeal under subdivision 5, section 791, Code of Civil Procedure, on the ground that the respondent is a sole administratrix.

*George W. Cothran* for motions.

*Frank A. Abbott* opposed to motion to dismiss appeal.

Motion to dismiss denied, with ten dollars costs.
Motion to prefer granted.